PO BOX 92090
Anchorage, AK 99509-2090



ADDRESS SERVICE REQUESTED

#BWNFTZF #18052713410116O1#

JUSTIN GILLMORE
6501 E 9TH AVE
ANCHORAGE AK 99504-1723

# CORNERSTONE CREDIT SERVICES, L.L.C.

1835 S Bragaw, Suite 500
PO Box 92090
Anchorage, AK 99509
(907) 770-8100

Total Balance: $282.02
Account #: 03138881

June 30, 2016

Send To:
CORNERSTONE CREDIT SERVICES, L. L. C.
PO BOX 92090
ANCHORAGE, AK 99509-2090

---

RETURN TOP PORTION OF STATEMENT WITH REMITTANCE

## IMPORTANT NOTICE

PIN # 50056

The below is a statement of your account(s).

Please contact our office at (907) 770-8100, or toll free at 1-877-375-8100. Our mailing address is Cornerstone Credit Services, PO Box 92090, Anchorage, AK 99509.

You may pay online with a major credit card at www.ccsquickpay.com. For security purposes you must use your designated account and PIN number when using these services.

"Total Due" may be subject to change because of accrual of interest or other adjustments.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The balance of your account(s) is $282.02

Statement of your accounts:

| ACCT# | CLIENT NAME | AMT | INT | HANDL | TOTAL DUE |
|---|---|---|---|---|---|
| 03138881 | ANCH FRACTURE & ORTHOPEDIC | 279.00 | 3.02 | 0.00 | 282.02 |

Exhibit A