LAW OFFICE OF DATTAN SCOTT DATTAN
Brian D. Heady
2600 Denali Street, Suite 460
Anchorage, AK  99503
Phone:  (907) 276-8008
Fax:  (907) 278-8571
E-mail:  bheady@dattanlaw.com

Attorney for Defendant, Cornerstone Credit Services, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN RICHARD GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CORNERSTONE CREDIT SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:16-CV-00214-TMB |

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant, Cornerstone Credit Services, LLC, by and through counsel,

Brian Heady, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, makes the

following disclosure:

(1)     Cornerstone Credit Services, LLC, is a non-governmental

corporate party.

(2)     The Cornerstone Group, LLC, owns Cornerstone Credit Services,

LLC.  Cornerstone Holdings, Inc., owns The Cornerstone Group, LLC.

(3)     There is no publicly-held corporation that owns 10% or more of

the Defendant's stock.

Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-CV-00214TMB
Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1
Page **1** of **2**

Case 3:16-cv-00214-TMB   Document 8   Filed 10/06/16   Page 1 of 2

Cornerstone Credit Services, LLC understands that under Rule 7.1 of the Federal Rules of Civil Procedure it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted this 6th day of October, 2016.

By:/s/ Brian Heady
Attorney for Cornerstone Credit Services, LLC
Law Office of Dattan Scott Dattan
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Email: bheady@dattanlaw.com
AK Bar No. 0709051

Certificate of service

I hereby certify that two true and correct copies of the foregoing Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 was served by mail:

Justin Richard Gilmore

This 6th day of October, 2016

/s/ Brian Heady

Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-CV-00214TMB
Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1
Page **2** of **2**

Case 3:16-cv-00214-TMB   Document 8   Filed 10/06/16   Page 2 of 2