RECEIVED
JAN 17 2017
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN RICHARD GILMORE, PLAINTIFF | |
| VS. | Case No. 3:16-cv-00214-TMB |
| CORNERSTONE CREDIT SERVICES, L.L.C. DEFENDANT | |

## GILMORE'S MOTION TO COMPEL ANSWERS TO INTERROGATORRIES.

TO THE HONORABLE JUDGE OF THIS COURT;

    The Plaintiff, Justin Richard Gilmore, asks the court to order Defendant, Cornerstone Credit Services, L.L.C. to answer questions 3 and 7 of Gilmore's First Set of Interrogatories. Gilmore also requests for the court to sanction Defendant for his obstructive and dilatory tactics used in responding to Interrogatories and states as follows:

Page 1 of 4
Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-cv-00214-TMB
Gilmore's Motion to Compel Answers to Interrogatories

Case 3:16-cv-00214-TMB   Document 10   Filed 01/17/17   Page 1 of 4

## INTRODUCTION

1. In attempting to coordinate a time that would be acceptable to complete the 26f scheduling report, Gilmore demanded that a confidentiality agreement be in place prior to discovery.(Exhibit A) Cornerstone refused on multiple fronts to comply with Gilmore's demands stating excuses like "there are no matters of attorney client privilege" and that a confidentiality agreement would be "unnecessary". (Exhibit B) Gilmore also informed counsel of what he intended to obtain in discovery only to be ignored when he asked counsel if he would like to reconsider his position regarding the confidentiality agreement.

2. Upon receiving Cornerstone's responses to interrogatories, (Exhibit C)Gilmore found dilatory and obstructive responses to questions 3 and 7. Gilmore, in good faith, conferred with counsel to obtain proper responses without court intervention. Counsel refused to comply and should be sanctioned for his practices.

## REQUESTED RELIEF

3. Gilmore requests that Cornerstone be ordered to provide proper responses to Gilmore's interrogatories and future discovery. Gilmore also requests that a protective order be in place to curb further obstructive discovery responses. Gilmore requests the court to impose sanctions for failing to respond to discovery under rule 37.

Dated: January 13, 2017

Respectfully submitted

_[signature]_
Signature

Page 2 of 4
Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-cv-00214-TMB
Gilmore's Motion to Compel Answers to Interrogatories

Case 3:16-cv-00214-TMB   Document 10   Filed 01/17/17   Page 2 of 4

## Declaration Under Penalty of Perjury

I, Justin Richard Gilmore, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: January 13, 2017, at Anchorage, Alaska.

_____
Signature

Page **3** of **4**
Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-cv-00214-TMB
Gilmore's Motion to Compel Answers to Interrogatories

Case 3:16-cv-00214-TMB   Document 10   Filed 01/17/17   Page 3 of 4

# CERTIFICATE OF SERVICE

I certify that I have served the above motion via U.S. first class mail to Brian D Heady 2600 Denali Street Anchorage AK, 99503 on January 13, 2017

*[signature]*

Page **4** of **4**
Justin Richard Gilmore v. Cornerstone Credit Services, LLC, 3:16-cv-00214-TMB
Gilmore's Motion to Compel Answers to Interrogatories